# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE:  ESTATE OF MARY AGNES LEWIS | : | No. 116 WM 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  RICHARD T. LEWIS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, and the Application to Strike is **DISMISSED AS MOOT**.